### ALLEINE etc. ag$^t$ TOMLIN

Henry Alleine & comp$^a$ plaint$^s$ ag$^t$ William Tomlin Defend$^t$ in an action of the case for not paying the Summe of Eleven pound nineteen Shillings and Six pence due upon acco$^t$ as shalbee made appeare by Evidence with all other due damages etc. . . . The Jury . . . found for the Defend$^t$ costs of Court. [ 519 ]

[ See review of this case at April session, 1679, p. 1000, below.]

### DAVIS ag$^t$ JOHNSON

Samuel Davis pl$^t$ ag$^t$ Samuel Johnson formerly Master of the ship two Sisters Defend$^t$ in an action of the case for not paying the Summe of five pounds in money or thereabouts due for wages for Service done by the s$^d$ Davis as Marrin$^r$ in the afores$^d$ Ship being Shipped by the s$^d$ Master at thirty Seven Shillings per month in money upon the. 7th of March last past &c. . . . The Jury . . . found for the plaint. five pound one Shilling six pence money and costs allowed Eighteen shillings two pence.
Execution issued 5° aug° 1678.

### BRIGDEN ag$^t$ JOHNSON

Thomas Brigden pl$^t$ ag$^t$ Samuel Johnson formerly Ma$^r$ of the ship two Sisters Defend$^t$ in an action of the case for not paying the Summe of Seven pounds ten shillings in money or thereabouts due for wages for Service done by the said Brigden as Masters Mate of the afores$^d$ Ship, being Shipt by the s$^d$ Master at Fifty five Shillings in money per month &c. . . . The Jury . . . found for the plaint. Seven pounds Eleven Shillings money and costs of Court allow$^d$ Seventeen Shillings ten pence
. Execution issued 5° aug° 1678.